91 F.3d 1365
 96 Daily Journal D.A.R. 10,581, 96 Daily
Journal D.A.R. 9924
Fletcher CASEY, Jr., et al., on behalf of themselves and all
others similarly situated, Plaintiffs-Appellees,
v.
Samuel A. LEWIS, Director, Arizona Department of
Corrections, et al., Defendants-Appellants.
 No. 93-17169.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 14, 1996..
 
 On Remand from the United States Supreme Court.
 Prior reports: 116 S.Ct. 2174; 773 F.Supp. 1365.
 Before: LAY,* PREGERSON, and O'SCANNLAIN, Circuit Judges.
 
 
 1
 The United States Supreme Court has reversed the decision of this court, reported at 43 F.3d 1261 (9th Cir.1994). We therefore vacate the district court's order and remand this case for further proceedings consistent with the Supreme Court's opinion.
 
 
 
 *
 The Honorable Donald P. Lay, Senior Circuit Judge, United States Court of Appeals for the Eighth Circuit, sitting by designation